# UNITED STATES BANKRUPTCY COURT
## WAW-WESTERN DISTRICT OF WASHINGTON

In re:

    Ronald Edgar Howell
    Dee Lorene Shishido
          Debtor(s)

Case No. 15-15924-MLB

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Jason Wilson-Aguilar, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/01/2015.

2) The plan was confirmed on 01/23/2016.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 01/09/2020.

6) Number of months from filing to last payment: 51.

7) Number of months case was pending: 56.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $126,403.86.

10) Amount of unsecured claims discharged without payment: $259,566.21.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

## Receipts:

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $60,424.98 | |
| Less amount refunded to debtor | $3,706.49 | |

**NET RECEIPTS:** **$56,718.49**

## Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $9,985.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $3,096.58 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** **$13,081.58**

Attorney fees paid and disclosed by debtor: $3,000.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ADT Security Services | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Allied Interstate | Unsecured | 156.26 | NA | NA | 0.00 | 0.00 |
| Allied Interstate LLC | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Applied Bank | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Asset Recovery Solutions LLC | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Bank Of America | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Bank of America NA | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Becket & Lee LLP | Unsecured | NA | 0.00 | 9,911.71 | 0.00 | 0.00 |
| Capital One Bank USA NA | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Cawood K Bebout | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Chase Card | Unsecured | 1,498.00 | NA | NA | 0.00 | 0.00 |
| Chase Card Services | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Chex Systems, Inc. | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Constar Financial Services | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Convergent Outsourcing, Inc. | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Credit Control, LLC | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Davis and Goldmark, Inc. | Unsecured | 346.31 | NA | NA | 0.00 | 0.00 |
| Dee Lorene Shishido | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Ditech | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Dynia & Associates, LLC | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Early Warning Services, LLC | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Equifax | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Experian | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Financial Recovery Services | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Financial Recovery Services | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| First National | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| HAPO Community Credit Union | Secured | 5,673.57 | 5,691.40 | 5,691.40 | 5,691.40 | 296.14 |
| Heritage Bank | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Home Depot Credit Services | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Hyundai Capital America | Unsecured | NA | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| HYUNDAI MOTOR FINANCE CO | Unsecured | 0.00 | 0.00 | 13,238.05 | 0.00 | 0.00 |
| Internal Revenue Service | Unsecured | 0.00 | 0.00 | 2,083.89 | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 22,556.68 | 0.00 | 20,241.01 | 20,241.01 | 0.00 |
| Internal Revenue Service | Priority | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Internal Revenue Service | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| K Michael Fitzgerald | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Kia Motors Finance | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Kohl's | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Kohl's | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| LoanCare LLC | Secured | NA | 189,396.85 | 0.00 | 0.00 | 0.00 |
| Mercantile Adjustment Bureau | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Mercantile Adjustment Bureau | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| NCB Management Services Inc. | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Nor-Mark Capital LLC | Unsecured | 10,000.00 | NA | NA | 0.00 | 0.00 |
| Nor-Mark Capital LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Northland Group, Inc. | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Prosper Marketplace Inc | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | 0.00 | 0.00 | 5,614.96 | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | NA | 0.00 | 9,347.67 | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | 13,911.61 | 0.00 | 13,616.61 | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | 0.00 | 0.00 | 608.50 | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| RMS Bankruptcy Recovery Services | Unsecured | 0.00 | 0.00 | 539.29 | 0.00 | 0.00 |
| Snohomish Co Treasurer | Unsecured | 1,425.46 | NA | NA | 0.00 | 0.00 |
| Specialized Loan Servicing | Unsecured | 191,179.50 | 0.00 | 191,179.50 | 0.00 | 0.00 |
| Specialized Loan Servicing LLC | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Synchrony Bank | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Synergetic Communication Inc. | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Tate & Kirlin Associates | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| The Wilber Lane Law Firm | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| TransUnion | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Transworld Systems Inc. | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Transworld Systems Inc. | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| U.S. Bankruptcy Court | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| United Recovery Systems, LP | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| United States Trustee | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| United Student Aid Funds Inc (USAF) | Unsecured | 17,890.75 | 0.00 | 7,978.75 | 7,978.75 | 0.00 |
| United Student Aid Funds Inc (USAF) | Unsecured | 0.00 | 0.00 | 4,552.45 | 4,552.45 | 0.00 |
| United Student Aid Funds Inc (USAF) | Unsecured | 0.00 | 0.00 | 4,877.16 | 4,877.16 | 0.00 |
| Valentine & Kebartas, Inc. | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Westlake Financial Services | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Yellow Book | Unsecured | NA | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $5,691.40 | $5,691.40 | $296.14 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$5,691.40** | **$5,691.40** | **$296.14** |
| | | | |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $20,241.01 | $20,241.01 | $0.00 |
| **TOTAL PRIORITY**: | **$20,241.01** | **$20,241.01** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS**: | **$263,548.54** | **$17,408.36** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $13,081.58 |
| Disbursements to Creditors | $43,636.91 |
| | |
| **TOTAL DISBURSEMENTS** : | **$56,718.49** |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 05/26/2020                              By: /s/ Jason Wilson-Aguilar
                                                              Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**