**Submitted But Not Entered.**



_____
**Marc Barreca
U.S. Bankruptcy Court**

**The Court entered an order at Dkt. No. 57 despite deficient service. Proper service is required here pursuant to FRBP 7004(b)(3), service on a corporation must be directed to the attention of an officer, a managing or general agent, or to any other agent authorized by appointment or by law.**

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | ) Chapter 13 <br> ) <br> ) No. 15-15924-MLB <br> ) <br> ) **ORDER ON MOTION FOR CONTEMPT** <br> ) |
| RONALD EDGAR HOWELL <br> DEE LORENE SHISHIDO <br>  Debtors. | |

**THIS MATTER** having come before the Court on the debtors' motion for an order of contempt for breach of the confirmed plan and order of confirmation and violations of 11 U.S.C. §524(i) and the discharge injunction [Dkt. 60], and the Court having reviewed the debtors' motion and supporting documents, and no objections or responses having been timely filed, and being fully apprised in the premises, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

1. Navient Solutions, Inc., has willfully violated the discharge order, 11 U.S.C. §524(i), the confirmed plan, and the order of confirmation, arising out of payment invoices dated August 10, 2020, September 10, 2020, and October 11, 2020, and payment due notices dated August 22, 2020, September 10, 2020, October 6, 2020, and October 11, 2020, that Navient Solutions, Inc., mailed to debtors, and is in contempt of court;

2. Navient Solutions, Inc., shall pay debtors within fourteen (14) days from the entry of this Order the following:

| | |
|---|---|
| Attorney's fees and costs: | $ 2,345.00 |
| Other actual damages: | $ 50,000.00 |
| Punitive damages: | $ 15,000.00 |

3. The Court reserves jurisdiction in this matter to enter any additional orders that may be necessary and to impose additional sanctions on Navient Solutions, Inc., if it fails to timely comply with this Order.

///End of Order///

Presented by:

/s/Cawood K. Bebout
Cawood K. Bebout, WSBA #34904
Attorney for Debtors