| Claim 42 | United Student Aid Funds Inc (USAF)<br>PO Box 809142<br>Chicago IL 60680<br>(800) 874-8982 |
|---|---|



## CLAIM DETAIL

| Case Number | 1515924 |
|---|---|
| Creditor | United Student Aid Funds Inc (USAF) |
| Trustee's Claim Number | 42 |
| Court's Claim Number | 3 |
| Claim Type | S - S - Unsecured Special (U) |
| Claim Filed Date | Wednesday, October 28, 2015 |
| Mortgage Due Date | |

## CLAIM AMOUNTS

| Claimed Amount | $7,978.75 |
|---|---|
| Scheduled Amount | $17,890.75 |
| Amount Paid Outside | $0.00 |
| Monthly Payment | $97.91 |
| Principal Owed | $0.00 |
| Principal Paid | $7,978.75 |
| Principal Due | $0.00 |
| Interest Rate | 0.00 |
| Interest Paid | $0.00 |
| Interest Due | $0.00 |
| Collateral Value | $0.00 |
| Collateral Description | |
| Limit | $0.00 |
| Plan Code | $0.00 |
| Percent Allowed | 100.00 |
| Months to Calculate | 0.00 |

## CLAIM FLAGS

| Payee Level | 39 |
|---|---|
| Comment | ECF #3 |
| Account Number | 8627 |
| No Cost | |
| No Check | |
| Delete | |
| Reserve | |
| Stop Disbursement | |
| Continuing | |
| Special | I |

## CREDITOR INFORMATION

| Creditor Name | United Student Aid Funds Inc (USAF) |
|---|---|
| Address 1 | PO Box 809142 |
| Address 2 | |
| Address 3 | Chicago IL |
| Zip Code | 60680-0000 |
| Contact Name | |
| Phone Number | (800) 874-8982 |
| Creditor Number ShortCut | |

| Additional Names and Addresses | | Date of Last Change |
|---|---|---|
| Payee: | Navient • P.O. Box 9500 • Wilkes Barre • PA • 18773-9500 | 10/9/2015 |

## PAYMENT HISTORY FOR CLAIM 42 - UNITED STUDENT AID FUNDS INC (USAF)

(Latest Payments First)　　Insurance-　　Prev. Cred-

| Disb Date | Check Number | Payee Name | Type | Amount |
|---|---|---|---|---|
| 1/31/2020 | 3435246 | United Student Aid Funds Inc (USAF) | System Check to Creditor Principal | $58.37 |
| 12/31/2019 | 3433118 | United Student Aid Funds Inc (USAF) | System Check to Creditor Principal | $712.30 |
| 11/27/2019 | 3430993 | United Student Aid Funds Inc (USAF) | System Check to Creditor Principal | $474.86 |
| 10/31/2019 | 3429025 | United Student Aid Funds Inc (USAF) | System Check to Creditor Principal | $474.87 |
| 9/30/2019 | 3426747 | United Student Aid Funds Inc (USAF) | System Check to Creditor Principal | $474.87 |
| 8/30/2019 | 3424553 | United Student Aid Funds Inc (USAF) | System Check to Creditor Principal | $474.87 |
| 7/31/2019 | 3422394 | United Student Aid Funds Inc (USAF) | System Check to Creditor Principal | $474.87 |
| 6/28/2019 | 3420196 | United Student Aid Funds Inc (USAF) | System Check to Creditor Principal | $475.88 |
| 5/31/2019 | 3418103 | United Student Aid Funds Inc (USAF) | System Check to Creditor Principal | $713.81 |
| 4/30/2019 | 3415740 | United Student Aid Funds Inc (USAF) | System Check to Creditor Principal | $475.87 |
| 3/29/2019 | 3413446 | United Student Aid Funds Inc (USAF) | System Check to Creditor Principal | $713.81 |
| 2/28/2019 | 3411189 | United Student Aid Funds Inc (USAF) | System Check to Creditor Principal | $475.87 |
| 1/31/2019 | 3408977 | United Student Aid Funds Inc (USAF) | System Check to Creditor Principal | $475.87 |
| 12/31/2018 | 3406622 | United Student Aid Funds Inc (USAF) | System Check to Creditor Principal | $475.87 |
| 11/30/2018 | 3404454 | United Student Aid Funds Inc (USAF) | System Check to Creditor Principal | $1,026.76 |

EXHIBIT 1 - 1

|  | | |
|---|---|---|
|  | USA Funds - MC E2148 ● Attn Deposit Operations ● Fishers ● IN ● 46037-9203 | 10/30/2015 |
|  | United Student Aid Funds Inc (USAF) ● PO Box 809142 ● Chicago ● IL ● 60680-0000 | 5/30/2018 |
| Scheduled: | Navient ● P.O. Box 9500 ● Wilkes Barre ● PA ● 18773-9500 | 10/9/2015 |
| Notice: | Navient ● P.O. Box 9500 ● Wilkes Barre ● PA ● 18773-9500 | 10/9/2015 |
| Attorney for Creditor: | Navient ● P.O. Box 9500 ● Wilkes Barre ● PA ● 18773-9500 | 10/9/2015 |

## PAYEE FIELDS DESCRIPTIONS

**No Cost**     A "Y" in this field indicates the system will not calculate trustee fees on disbursements to this claim.

**No Check**     Code which indicates the claim should not be paid or will limit the amount the claim is paid. The valid options are as follows:

- **O**     Indicates claim is to be paid outside the plan.
- **R**     Indicates claim is to be paid at Real Estate Closing.
- **S**     Indicates collateral will be surrendered.
- **X**     Indicates claim has not been filed.
- **Y**     General no check
- **1-9**     Limits the disbursement to this number times the regular monthly payment

**Delete**     A "Y" in this field indicates the claim has been deleted from the plan without actually removing the record. L in this field indicates the claim is to be paid per capita rather than pro rata. This field is normally used for adequate protection claims by indicating an "A" in this field. An "E" is used to flag this claim for "Hard" reserve if using this feature.

**Reserve**     Code indicating that disbursements are to be calculated for this claim but reserve the funds rather than paying them out. The valid options are:

- **H**     Calculated disbursements are reserved until they meet or exceed the regular payment amount for the claim.
- **M**     Calculated disbursements are reserved for one disbursement.
- **Y**     Calculated disbursements are reserved indefinitely.
- **1-9**     Calculated disbursements are to be reserved for this number of

| | |
|---|---|
| | disbursement cycles. This number will decrease by 1 each disbursement cycle. |
| **Stop Disbursement** | Code which prevents the system from disbursing. However, the system will disburse any arrearage accumulated on this claim. Normally a "Y" is used for a generic stop disbursement. The numbers 1-9 will cause the system to not disbursement on this claim for this number of disbursement cycles. The number will decrease each disbursement cycle. |
| **Continuing Flag** | A "Y" in this field indicates this claim is a continuing debt such as an ongoing mortgage payment. |

EXHIBIT 1 - 3