

P.O. BOX 9500
WILKES-BARRE, PA 18773-9500

DEE L SHISHIDO
31707 W. LAKE KETCHU
M ROAD
STANWOOD WA 98292-9709

## DEE, your student loans are now being serviced by Navient.

We've recently been notified that your bankruptcy case has concluded. Since the loans shown below were not discharged through your bankruptcy, you're now responsible for repaying the remaining balance of the loans, according to the terms of the promissory notes.

**We're here to help**
We know financial challenges can come up unexpectedly, and we want to help you stay on track with your loan. If you have any questions about your account or repayment options, visit us online or give us a call.

**Account number**
7691 - 1

**Date**
05/08/20

**Manage your account online**
Navient.com

**Contact us**
888-272-5543

Monday – Thursday,
8 a.m. – 9 p.m.
Friday, 8 a.m. – 8 p.m. Eastern

## Loan Information

| DISBURSEMENT DATE | ORIGINAL PRINCIPAL | UNPAID PRINCIPAL | INTEREST RATE | LOAN PROGRAM |
|---|---|---|---|---|
| 09/06/06 | $ 10,576.00 | $ 2,780.52 | 8.500 | PLUSLOAN |
| 06/20/07 | $ 5,835.00 | $ 1,581.83 | 8.500 | PLUSLOAN |
| 02/27/08 | $ 5,963.00 | $ 1,694.74 | 8.500 | PLUSLOAN |

Para comunicarse en Español con 'Atención al Cliente',
llame gratis al (888) 272-5543, y marque el numero correspondiente.



L180          E46172          S                    3577

CXPROGEDI=202005 00012939 000224 001763 9/9 000000 2552593 3521-3558

# Your repayment schedule

**Your Monthly Payment**
Original repayment begin date: 02/28/07
First payment due date: 04/26/07 (the same day applies each month)
First Monthly Payment Amount: 75.09
Interest paid as of the date of this disclosure: $0.00

**Your payment schedule**
*Please Note:* The below payment schedule adds any loan(s) that recently entered repayment with federal loan payments you may already be making to Navient.

| Number of payments | Payment Amount | Due Date |
| --- | --- | --- |
| 120 | 75.09 | 06/07/20 |

**Your loans**

| Disbursement Date | Loan Program | Interest Rate | Original Principal |
| --- | --- | --- | --- |
| 09/06/06 | PLUSLOAN | 8.500 | 10,576.00 |
| 06/20/07 | PLUSLOAN | 8.500 | 5,835.00 |
| 02/27/08 | PLUSLOAN | 8.500 | 5,963.00 |

If you see small numbers next to some of the interest rates listed above, that means they're variable interest rates. Learn more about how they're calculated on the next page.

**Amount to be paid (for the loans listed above)**

| | |
| --- | --- |
| Unpaid Principal balance | $6,057.09 |
| Unpaid Interest to be added to the principal | $0.00 |
| Estimated interest over the life of the loan | $2,953.71 |
| **Estimated total loan amount** | **$9,010.80** |

## Important disclosure(s)

*Credit bureau reporting*
We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

*Auto Pay*
To verify eligibility and the amount of your interest rate reduction, log in to your account and view your borrower benefits. If applicable, the interest rate reduction for Auto Pay will be available only while your monthly payment amount is successfully deducted from the designated bank account. This benefit is suspended during periods of deferment or forbearance, when monthly payments are not required. If you were previously on Auto Pay, we'll resume Auto Pay when deferment or forbearance ends. If an Auto Pay payment is rejected by your bank for any reason, you will lose the rate reduction permanently. For multi-party loans, only one party may enroll in Auto Pay.

*School Loan Ombudsman*
For Federal loans only: The Student Loan Ombudsman assists borrowers who have tried unsuccessfully to resolve a problem through customer service offices. You can write to the U.S. Department of Education, FSA Ombudsman, P.O. Box 1843, Monticello, KY 42633.

H050          E46172          S          3577

EXHBIT 4 - 2