

P.O. BOX 9500 WILKES-BARRE, PA 18773-9500

Navient.com
Convenience with a click

- Enroll in Auto Pay
- View Loan Information
- View Payment History
- View Frequently Asked Questions
- Make a One-Time Payment

CXPROG08-202008 00015710 004962 010117 1/2 000000 35131 31 20245-20248

DEE L SHISHIDO
31707 W. LAKE KETCHU
M ROAD
STANWOOD WA 98292-9709



You have $150.18 due 09/07/20.

## Get familiar with your monthly statement

We've created an easy-to-read guide to help you understand your Account Summary and other important information found in your statement.

**Check it out today!**
Navient.com/StatementGuide

### Account Summary

| | |
|---|---|
| Account Number | ▓▓▓▓▓691-1 |
| Billing Group | 1 |
| Statement Date | 08/10/20 |
| Billing Period 07/11/20 to 08/10/20 | |
| Unpaid Principal | $5,952.02 |
| Payments Since Last Bill | $0.00 |
| Past Due Amount (Pay Now) | $75.09 |
| Pay Past Due Amount By 08/22/20 to avoid Late Fee of | $4.51 |
| Current Amount Due | $75.09 |
| Current Amount Due Date | 09/07/20 |
| Pay Current Amount Due (+ any Past Due Amount) by 09/22/20 to avoid additional Late Fee of | $4.51 |
| Unpaid Fees | $0.00 |
| Total Payment Due (Past Due Amount + Current Amount Due + Unpaid Fees) | $150.18 |

**See enclosed for loan details**

---

Detach along perforation and return with your payment or go to Navient.com to make an electronic payment

| Account Number | ▓▓▓▓▓691-1 |
|---|---|
| **Total Payment Due** | **$150.18** |

See above for dates and Late Fees that apply

Navient
PO BOX 9533
WILKES-BARRE, PA 18773-9533

**Total Amount Enclosed** $ _____

Make checks payable to Navient.
(U.S. Currency only – Do not send cash)

Changed your address or phone number?
Please visit Navient.com to update your information.

Exhibit 8

P099    SYSTEM    S    0001

Case 15-15924-MLB    Doc 70-8    Filed 11/29/20    Ent. 11/29/20 18:36:39    Pg. 1 of 2

## Loan Information as of 08/10/20

| Loan ID | 1-07 | 1-08 | 1-09 | Total |
|---|---|---|---|---|
| Current Balance | 2,771.71 | 1,576.81 | 1,689.38 | 6,037.90 |
| Unpaid Interest | 39.42 | 22.43 | 24.03 | 85.88 |
| Unpaid Fees | 0.00 | 0.00 | 0.00 | 0.00 |
| Unpaid Principal | 2,732.29 | 1,554.38 | 1,665.35 | 5,952.02 |
| Original Principal | 10,576.00 | 5,835.00 | 5,963.00 | 22,374.00 |
| Capitalized Interest | 0.00 | 0.00 | 0.00 | 0.00 |
| Principal Reduction | -7,843.71 | -4,280.62 | -4,297.65 | -16,421.98 |
| Total Loan Payments | 7,864.42 | 4,292.39 | 4,310.28 | 16,467.09 |
| Total Principal Paid | 7,843.71 | 4,280.62 | 4,297.65 | 16,421.98 |
| Total Interest Paid | 20.71 | 11.77 | 12.63 | 45.11 |
| Total Fees Paid | 0.00 | 0.00 | 0.00 | 0.00 |

## Billing Period Summary 07/11/20 to 08/10/20

| Loan ID | 1-07 | 1-08 | 1-09 | Total |
|---|---|---|---|---|
| Payments Received | 0.00 | 0.00 | 0.00 | 0.00 |
| Last Payment Effective | 00/00/00 | 00/00/00 | 00/00/00 | |
| Applied to Interest | 0.00 | 0.00 | 0.00 | 0.00 |
| Applied to Fees | 0.00 | 0.00 | 0.00 | 0.00 |
| Applied to Principal | 0.00 | 0.00 | 0.00 | 0.00 |
| Fees Assessed | 0.00 | 0.00 | 0.00 | 0.00 |
| Late Fee | 0.00 | 0.00 | 0.00 | 0.00 |
| Returned Check Fee | 0.00 | 0.00 | 0.00 | 0.00 |
| Other Fees | 0.00 | 0.00 | 0.00 | 0.00 |

## Loan Details

| Loan ID | 1-07 | 1-08 | 1-09 | Total |
|---|---|---|---|---|
| Disbursement Date | 09/06/06 | 06/20/07 | 02/27/08 | |
| Loan Program | PLUSLOAN | PLUSLOAN | PLUSLOAN | |
| Interest Rate | 8.500 | 8.500 | 8.500 | |
| (F=Fixed, V=Variable) | F | F | F | |
| Total Payment Due | 68.94 | 39.22 | 42.02 | 150.18 |
| Past Due Amount | 34.47 | 19.61 | 21.01 | 75.09 |
| Current Amount Due | 34.47 | 19.61 | 21.01 | 75.09 |
| Unpaid Fees | 0.00 | 0.00 | 0.00 | 0.00 |
| Past Due Amount by 9/1/20 to avoid a Late Fee | 2.07 | 1.18 | 1.26 | 4.51 |
| Current Amount (+ any Past Due Amount) by 9/1/20 to avoid a Late Fee | 2.07 | 1.18 | 1.26 | 4.51 |

Interest continues to accrue on any loan(s) until the loan has been paid in full, including loans in a paid ahead status. Follow the PAYMENTS section of this statement to learn how to reduce the total cost of your loan(s) by making payments on paid ahead loans.

The Billing Period Summary section reflects all payments received during your billing period. If you made more than one payment during your billing period, the Last Payment Effective Date is the date the most recent payment was credited to your account. To see your full transaction history and all payment effective dates, log in to your account at Navient.com.

Account number: ███████691-1