

P.O. BOX 9500 WILKES-BARRE, PA 18773-9500

Navient.com
*Convenience with a click*

- Enroll in Auto Pay
- View Loan Information
- View Payment History
- View Frequently Asked Questions
- Make a One-Time Payment

CXPROG09-202010  00017509 003906 007780 1/4 000000 4162589 15571-15578

DEE L SHISHIDO
31707 W. LAKE KETCHU
M ROAD
STANWOOD WA 98292-9709

You have $309.38[1] due 11/07/20.



## Introducing CORA
### Our Customer Online Resource Assistant

For help with your situation, log in to access **CORA, powered by Artificial Intelligence (AI)**.

Learn about repayment plan options and ways you may be able to lower your payment amount.

Answer a few questions, and CORA will give you options for your situation.

**Log in to try CORA today!**

### Account Summary

| | |
|---|---|
| Account Number | ████691-1 |
| Billing Group† | 1 |
| Statement Date | 10/11/20 |
| Billing Period 09/11/20 to 10/11/20 | |
| Unpaid Principal | $5,952.02 |
| Payments Since Last Bill | $0.00 |
| Past Due Amount (Pay Now) | $225.27 |
| Pay Past Due Amount By 10/22/20 to avoid Late Fee of | $4.51 |
| Current Amount Due | $75.09 |
| Current Amount Due Date | 11/07/20 |
| Pay Current Amount Due (+ any Past Due Amount) by 11/22/20 to avoid additional Late Fee of | $4.51 |
| Unpaid Fees | $9.02 |
| Total Payment Due (Past Due Amount + Current Amount Due + Unpaid Fees) | $309.38 |

**See enclosed for loan details**

---

Detach along perforation and return with your payment or go to Navient.com to make an electronic payment

| Account Number | ████691-1 |
|---|---|
| **Total Payment Due** | **$309.38** |

See above for dates and Late Fees that apply

Navient
PO BOX 9533
WILKES-BARRE, PA 18773-9533

**Total Amount Enclosed**  $ _____

Make checks payable to Navient.
(U.S. Currency only – Do not send cash)

Changed your address or phone number?
Please visit Navient.com to update your information.

Exhibit 10



## Loan Information as of 10/11/20

| Loan ID | 1-07 | 1-08 | 1-09 | | | | | Total |
|---|---|---|---|---|---|---|---|---|
| Current Balance | 2,815.27 | 1,601.61 | 1,715.94 | | | | | 6,132.82 |
| Unpaid Interest | 78.84 | 44.87 | 48.07 | | | | | 171.78 |
| Unpaid Fees | 4.14 | 2.36 | 2.52 | | | | | 9.02 |
| Unpaid Principal | 2,732.29 | 1,554.38 | 1,665.35 | | | | | 5,952.02 |
| Original Principal | 10,576.00 | 5,835.00 | 5,963.00 | | | | | 22,374.00 |
| Capitalized Interest | 0.00 | 0.00 | 0.00 | | | | | 0.00 |
| Principal Reduction | -7,843.71 | -4,280.62 | -4,297.65 | | | | | -16,421.98 |
| # of Loan Payments | 7,864.42 | 4,292.39 | 4,310.28 | | | | | 16,467.09 |
| Total Principal Paid | 7,843.71 | 4,280.62 | 4,297.65 | | | | | 16,421.98 |
| Total Interest Paid | 20.71 | 11.77 | 12.63 | | | | | 45.11 |
| Total Fees Paid | 0.00 | 0.00 | 0.00 | | | | | 0.00 |

## Billing Period Summary 09/11/20 to 10/11/20

| Loan ID | 1-07 | 1-08 | 1-09 | | | | | Total |
|---|---|---|---|---|---|---|---|---|
| Payments Received | 0.00 | 0.00 | 0.00 | | | | | 0.00 |
| Last Payment Effective Date | 00/00/00 | 00/00/00 | 00/00/00 | | | | | |
| Applied to Interest | 0.00 | 0.00 | 0.00 | | | | | 0.00 |
| Applied to Fees | 0.00 | 0.00 | 0.00 | | | | | 0.00 |
| Applied to Principal | 0.00 | 0.00 | 0.00 | | | | | 0.00 |
| Fees Assessed | 2.07 | 1.18 | 1.26 | | | | | 4.51 |
| Late Fee | 2.07 | 1.18 | 1.26 | | | | | 4.51 |
| Returned Check Fee | 0.00 | 0.00 | 0.00 | | | | | 0.00 |
| Other Fees | 0.00 | 0.00 | 0.00 | | | | | 0.00 |

## Loan Details

| Loan ID | 1-07 | 1-08 | 1-09 | | | | | Total |
|---|---|---|---|---|---|---|---|---|
| Loan Date | 09/06/06 | 06/20/07 | 02/27/08 | | | | | |
| Loan Program | PLUSLOAN | PLUSLOAN | PLUSLOAN | | | | | |
| Interest Rate | 8.500 | 8.500 | 8.500 | | | | | |
| (F-Fixed, V-Variable) | F | F | F | | | | | |
| Total Payment Due | 142.02 | 80.80 | 86.56 | | | | | 309.38 |
| Past Due Amount | 103.41 | 58.83 | 63.03 | | | | | 225.27 |
| Current Amount Due | 34.47 | 19.61 | 21.01 | | | | | 75.09 |
| Unpaid Fees | 4.14 | 2.36 | 2.52 | | | | | 9.02 |
| Pay Past Due Amount by 10/22/20 to avoid a Late Fee of | 2.07 | 1.18 | 1.26 | | | | | 4.51 |
| Pay Current Amount (+ any Past Due Amount) by 11/22/20 to avoid a Late Fee of | 2.07 | 1.18 | 1.26 | | | | | 4.51 |

Interest continues to accrue on any loan(s) until the loan has been paid in full, including loans in a paid ahead status. Follow the PAYMENTS section of this statement to learn how to reduce the total cost of your loan(s) by making payments on paid ahead loans.

The Billing Period Summary section reflects all payments received during your billing period. If you made more than one payment during your billing period, the Last Payment Effective Date is the date the most recent payment was credited to your account. To see your full transaction history and all payment effective dates, log in to your account at Navient.com.

Account number: ███████691-1