

P.O. BOX 9500
WILKES-BARRE, PA 18773-9500

CXPROG06-202008 00016070 000810 000854 1/1 000000 3632980 1719-1720



DEE L SHISHIDO
31707 W. LAKE KETCHU
M ROAD
STANWOOD WA 98292-9709

## DEE, we haven't received your student loan payment — make your payment or contact us right away.

As of 08/22/20, we haven't received your payment that was due on 08/07/20. To resolve your delinquency, send the Past Due Amount of $75.09 or give us a call to work out a solution. See below for a breakdown of the loans in this payment.

If you made this payment recently, please disregard this notice.

**Ways you can pay**
Online: The fastest way to make a payment is by visiting Navient.com. With our mobile site, it's easy to pay on your smartphone, too.
By phone: Call us at 888-272-5543.
By mail: Send checks or money orders to Navient, P.O. Box 9533, Wilkes-Barre, PA 18773-9533. Make sure to include your statement or write your account number on the check or money order.

**Let us know if you can't make a payment**
Making payments on time is the best way to protect your credit score and avoid late fees; but if you can't make a payment now, make sure to call us or visit us online to learn about your repayment options. We may be able to reduce your Monthly Payments through one of the Income-Driven Repayment (IDR) plans or temporarily postpone your payments.

**We're here to help**
We know financial challenges can come up unexpectedly, and we want to help you stay on track with your repayment schedule. If you have any questions, visit us online or give us a call.

**Account number**
691 - 1

**Date**
08/22/20

Manage your account online
Navient.com

Contact us
888-272-5543

Monday – Thursday,
8 a.m. – 9 p.m.
Friday, 8 a.m. – 5 p.m. and
Saturday 8 a.m. – 12 p.m.
Eastern

Save money with Auto Pay. You may be able to earn an interest rate reduction by enrolling in Auto Pay. To enroll, log in to Navient.com and change your payment settings. Check your online account for benefit eligibility.

Para comunicarse en Español con 'Atención al Cliente', llame gratis al (888) 272-5543, y marque el número correspondiente.

Exhibit 11



D021    SYSTEM    S    0001

Case 15-15924-MLB    Doc 70-11    Filed 11/29/20    Ent. 11/29/20 18:36:39    Pg. 1 of 1