

P.O. BOX 9500 WILKES-BARRE, PA 18773-9500

**Navient.com**
*Convenience with a click*

- Enroll in Auto Pay
- View Loan Information
- View Payment History
- View Frequently Asked Questions
- Make a One-Time Payment



███████ SHISHIDO
31707 W. LAKE KETCHU
M ROAD
STANWOOD WA 98292-9709

## Having trouble making your student loan payments?



We have **options** that can reduce or temporarily postpone your student loan payments.



Scan to learn more about your student loan repayment options or check it out here:
Navient.com/RepaymentOptions

### Account Summary

| | |
|---|---|
| Account Number | ███████691-1 |
| Billing Group¹ | 1 |
| Statement Date | 11/10/20 |
| Billing Period 10/12/20 to 11/10/20 | |
| Unpaid Principal | $5,952.02 |
| Payments Since Last Bill | $0.00 |
| Past Due Amount (Pay Now) | $300.36 |
| Pay Past Due Amount By 11/22/20 to avoid Late Fee of | $4.51 |
| Current Amount Due¹ | $75.09 |
| Current Amount Due Date | 12/07/20 |
| Pay Current Amount Due (+ any Past Due Amount) by 12/22/20 to avoid additional Late Fee of | $4.51 |
| Unpaid Fees | $13.53 |
| Total Payment Due (Past Due Amount + Current Amount Due + Unpaid Fees) | $388.98 |

**See enclosed for loan details**

---

Detach along perforation and return with your payment or go to Navient.com to make an electronic payment.

Account Number ███████691-1

**Total Payment Due** $388.98

See above for dates and Late Fees that apply

**Total Amount Enclosed** $ _____

Make checks payable to Navient
(U.S. Currency only – Do not send cash)

Changed your address or phone number?
Please visit Navient.com to update your information.

Navient
PO BOX 9533
WILKES-BARRE, PA 18773-9533

Exhibit 16

P099   SYSTEM   S   0001

## Loan Information as of 11/10/20

| Loan ID | 1-07 | 1-08 | 1-09 | Total |
|---|---|---|---|---|
| Current Balance | 2,836.41 | 1,613.65 | 1,728.83 | 6,178.89 |
| Unpaid Interest | 97.91 | 55.73 | 59.70 | 213.34 |
| Unpaid Fees | 6.21 | 3.54 | 3.78 | 13.53 |
| Unpaid Principal | 2,732.29 | 1,554.38 | 1,665.35 | 5,952.02 |
| Original Principal | 10,576.00 | 5,835.00 | 5,963.00 | 22,374.00 |
| Capitalized Interest | 0.00 | 0.00 | 0.00 | 0.00 |
| Principal Reduction | -7,843.71 | -4,280.62 | -4,297.65 | -16,421.98 |
| Life of Loan Payments | 7,864.42 | 4,292.39 | 4,310.28 | 16,467.09 |
| Total Principal Paid | 7,843.71 | 4,280.62 | 4,297.65 | 16,421.98 |
| Total Interest Paid | 20.71 | 11.77 | 12.63 | 45.11 |
| Total Fees Paid | 0.00 | 0.00 | 0.00 | 0.00 |

## Billing Period Summary 10/12/20 to 11/10/20

| Loan ID | 1-07 | 1-08 | 1-09 | Total |
|---|---|---|---|---|
| Payments Received | 0.00 | 0.00 | 0.00 | 0.00 |
| Last Payment Effective Date | 00/00/00 | 00/00/00 | 00/00/00 | |
| Applied to Interest | 0.00 | 0.00 | 0.00 | 0.00 |
| Applied to Fees | 0.00 | 0.00 | 0.00 | 0.00 |
| Applied to Principal | 0.00 | 0.00 | 0.00 | 0.00 |
| Fees Assessed | 2.07 | 1.18 | 1.26 | 4.51 |
| Late Fee | 2.07 | 1.18 | 1.26 | 4.51 |
| Returned Check Fee | 0.00 | 0.00 | 0.00 | 0.00 |
| Other Fees | 0.00 | 0.00 | 0.00 | 0.00 |

## Loan Details

| Loan ID | 1-07 | 1-08 | 1-09 | Total |
|---|---|---|---|---|
| Loan Date | 09/06/06 | 06/20/07 | 02/27/08 | |
| Loan Program | PLUSLOAN | PLUSLOAN | PLUSLOAN | |
| Interest Rate | 8.500 | 8.500 | 8.500 | |
| (F-Fixed, V-Variable) | F | F | F | |
| Total Payment Due | 178.56 | 101.59 | 108.83 | 368.98 |
| Past Due Amount | 137.88 | 78.44 | 84.04 | 300.36 |
| Current Amount Due | 34.47 | 19.61 | 21.01 | 75.09 |
| Unpaid Fees | 6.21 | 3.54 | 3.78 | 13.53 |
| Pay Past Due Amount by 11/22/20 to avoid a Late Fee of | 2.07 | 1.18 | 1.26 | 4.51 |
| Pay Current Amount (+ any Past Due Amount) by 12/22/20 to avoid a Late Fee of | 2.07 | 1.18 | 1.26 | 4.51 |

¹Interest continues to accrue on any loan(s) until the loan has been paid in full, including loans in a paid ahead status. Follow the PAYMENTS section of this statement to learn how to reduce the total cost of your loan(s) by making payments on paid ahead loans.

²The Billing Period Summary section reflects all payments received during your billing period. If you made more than one payment during your billing period, the Last Payment Effective Date is the date the most recent payment was credited to your account. To see your full transaction history and all payment effective dates, log in to your account at Navient.com.

Account number: ████████691-1