The Hon. Marc Barreca
Chapter 13

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

In re:

RONALD EDGAR HOWELL
DEE LORENE SHISHIDO

    Debtors.

Chapter 13

No. 15-15924-MLB

**DECLARATION OF CAWOOD K. BEBOUT**

Cawood K. Bebout declares:

1. My name is Cawood K. Bebout. I am over the age of 18 and am competent to testify to the facts contained in this declaration based upon my personal knowledge.

2. I am the attorney for debtors Ronald Edgar Howell and Dee Lorene Shishido.

3. Attached is an itemized time record reflecting services rendered in connection with the motions for contempt.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 29, 2020.           /s/Cawood K. Bebout
                                                  Cawood K. Bebout

**EXHIBIT 18**

Declaration of Cawood K. Bebout - 1      Cawood K. Bebout WSBA #34904
1023 S. 3rd St., Mount Vernon, WA 98273
(360) 419-3196 (office) (360) 336-1962 (fax)

Case 15-15924-MLB    Doc 70-18    Filed 11/29/20    Ent. 11/29/20 18:36:39    Pg. 1 of 3

Debtor's Motion for Contempt [Dkt. 54]

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 05/19/2020 | CKB | TC with client re letter from Navient claiming amounts owing; forward copy of discharge to client to send to Navient. | 0.5 | $175.00 |
| 05/19/2020 | CKB | Follow up with client re discussions with Navient regarding account. | 0.2 | $70.00 |
| 05/21/2020 | CKB | Review Trustee's records re payments of student loan claims and proofs of claims; forward documents to client for discussion. | 1.1 | $385.00 |
| 05/22/2020 | CKB | Research and draft motion for contempt against Navient for failure to credit payments; forward to client for review and discussion. | 5.0 | $1,750.00 |
| 05/22/2020 | CKB | Review email from client with factual background and information re contacts with Navient for declaration. | 0.2 | $70.00 |
| 05/22/2020 | CKB | Draft declaration in support of motion for contempt and forward to client for review. | 1.8 | $630.00 |
| 05/26/2020 | CKB | Finalize declaration and execute. | 0.4 | $140.00 |
| 05/26/2020 | CKB | Prepare proof of service and exbibits; file and serve motion for contempt. | 4.3 | $1,505.00 |
| 06/10/2020 | CKB | Confer with client re payment of Navient claim pending decision on motion and legal issues related to motion. | 1.4 | $490.00 |
| 06/23/2020 | CKB | File declaration of no objections. | 0.1 | $35.00 |
| 06/30/2020 | CKB | Email from client re additional invoices from Navient. | 0.1 | $35.00 |
| 07/01/2019 | CKB | Draft and file order for entry. | 0.6 | $210.00 |

Debtors' Motion for Contempt [Dkt. 57]

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 07/22/2020 | CKB | Confer with client re new invoices from Navient. | 0.1 | $35.00 |
| 08/09/2020 | CKB | Draft motion for contempt and declaration. | 3.5 | $1,225.00 |
| 08/10/2020 | CKB | Confer with client re motion and declaration. | 0.3 | $105.00 |
| 08/12/2020 | CKB | Forward complete and final set of motion documents to client for review and signature of declaration. | 0.2 | $70.00 |
| 08/12/2020 | CKB | Finalize and file motion for contempt; serve motion. | 2.4 | $840.00 |
| 09/05/2020 | CKB | Confer with client re new invoices and letters from Navient and lack of response by Navient to motion. | 0.3 | $105.00 |
| 09/17/2020 | CKB | File notice of intent to argue. | 0.1 | No Charge |
| 09/23/2020 | CKB | Oral argument on motion. | 0.4 | $140.00 |

| | | | | |
|---|---|---|---|---|
| 09/30/2020 | CKB | Draft and file ex parte order granting motion for contempt. | 0.6 | $210.00 |
| 11/02/2020 | CKB | Draft notice of presentation of order and supporting documents. | 3.0 | $1,050.00 |

**Time for attorney Cawood K. Bebout (CKB)**    **26.6 @ $350.00/hr**    **$9,310.00**
**Time for attorney Cawood K. Bebout (CKB)**    **0.1 @ NO CHARGE $**    **$ 0.00**

**TOTAL**    **$9,310.00**