# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

In re:

RONALD EDGAR HOWELL
DEE LORENE SHISHIDO

    Debtors.

Chapter 13

No. 15-15924-MLB

*Proposed*
**ORDER ON MOTION FOR CONTEMPT**

**THIS MATTER** having come before the Court on the debtors' motion for an order of contempt for breach of the confirmed plan and order of confirmation and violations of 11 U.S.C. §524(i) and the discharge injunction, and the Court having reviewed the debtors' motion and supporting documents, and being fully apprised in the premises, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

1.     Navient Corporation has willfully violated the discharge order, 11 U.S.C. §524(i), the confirmed plan, and the order of confirmation, arising out of payment invoices dated May 8, 2020, June 10, 2020, July 10, 2020, August 10, 2020, September 10, 2020, October 11, 2020, and November 10, 2020, and payment due notices dated August 22, 2020, September 10, 2020, October 6, 2020, October 11, 2020, and November 10, 2020, that Navient Corporation mailed to debtors, and is in contempt of court;

2. Navient Corporation shall pay debtors within fourteen (14) days from the entry of this Order the following:

| | |
|---|---|
| Attorney's fees and costs: | $ 9,310.00 |
| Other actual damages: | $ 80,000.00 |
| Punitive damages: | $ 15,000.00 |

3. The Court reserves jurisdiction in this matter to enter any additional orders that may be necessary and to impose additional sanctions on Navient Corporation if it fails to timely comply with this Order.

///End of Order///

Presented by:

/s/
Cawood K. Bebout, WSBA #34904
Attorney for Debtors

Order - 2

Cawood K. Bebout WSBA #34904
1023 S. 3rd St., Mount Vernon, WA 98273
(360) 419-3196 (office) (360) 336-1962 (fax)