# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>RONALD EDGAR HOWELL<br>DEE LORENE SHISHIDO<br><br>       Debtors. | Chapter 13<br><br>No. 15-15924-MLB<br><br>**PROOF OF SERVICE** |

On November 29, 2020, I placed in the United States mail, postage prepaid, properly addressed to:

Mr. Jack Remondi
President and CEO
Navient Corporation
123 Justison Street
Wilmington DE 19801

a copy of the following:

    1,     Debtors' Notice of Hearing and Motion for Order of Contempt with exhibits;

    2.     Proposed Order.

A copy was served on the Chapter 13 Trustee via the court's ECF system.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 29, 2020.                              /s/Cawood K. Bebout
                                                                           Cawood K. Bebout

Proof of Service- 1                      Cawood K. Bebout WSBA #34904
                                          1023 S. 3rd St., Mount Vernon, WA 98273
                                          (360) 419-3196 (office) (360) 336-1962 (fax)

Case 15-15924-MLB    Doc 70-20    Filed 11/29/20    Ent. 11/29/20 18:36:39    Pg. 1 of 1