Entered on Docket December 22, 2020

**Below is the Order of the Court.**



_____
**Marc Barreca**
**U.S. Bankruptcy Judge**

**(Dated as of Entered on Docket date above)**

_____

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | ) Chapter 13 ) |
| RONALD EDGAR HOWELL<br>DEE LORENE SHISHIDO<br>Debtors. | ) No. 15-15924-MLB )<br>) **ORDER ON MOTION FOR CONTEMPT** ) |

    **THIS MATTER** having come before the Court on the debtors' motion for an order of contempt for breach of the confirmed plan and order of confirmation and violations of 11 U.S.C. §524(i) and the discharge injunction, and the Court having reviewed the debtors' motion and supporting documents, and no response or objection having been timely filed, and being fully apprised in the premises, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

    1.    Navient Corporation has willfully violated the discharge order, 11 U.S.C. §524(i), the confirmed plan, and the order of confirmation, arising out of payment invoices dated May 8, 2020, June 10, 2020, July 10, 2020, August 10, 2020, September 10, 2020, October 11, 2020, and November 10, 2020, and payment due notices dated August 22, 2020, September 10, 2020, October 6, 2020, October 11, 2020, and November 10, 2020, that Navient Corporation mailed to debtors, and is in contempt of court;

Order - 1

Cawood K. Bebout WSBA #34904
1023 S. 3rd St., Mount Vernon, WA 98273
(360) 419-3196 (office) (360) 336-1962 (fax)

2. Navient Corporation shall pay debtors within fourteen (14) days from the entry of this Order the following:

| | |
|---|---|
| Attorney's fees and costs: | $ 9,310.00 |
| Other actual damages: | $ 80,000.00 |
| Punitive damages: | $ 15,000.00 |

3. The Court reserves jurisdiction in this matter to enter any additional orders that may be necessary and to impose additional sanctions on Navient Corporation if it fails to timely comply with this Order.

///End of Order///

Presented by:

/s/Cawood K. Bebout
Cawood K. Bebout, WSBA #34904
Attorney for Debtors