# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

In re:

RONALD HOWELL and
DEE SHISHIDO

        Debtor,

Case No. 15-15924-MLB

**ORDER ON PRO HAC VICE APPLICATION**

This matter came before the Court on the Application for Leave to Appear Pro Hac Vice (the "Application") submitted by _____K. Elizabeth Sieg_____ seeking permission to appear and participate as counsel for Navient Solutions, LLC and Navient Corporation in the above-captioned matter. The Court having reviewed the Application, it is hereby

ORDERED that the Application is GRANTED. This Order is limited to the above-captioned matter only and does not extend the applicant's pro hac vice status to other bankruptcy and adversary proceedings before this Court.

///End of Order///