Entered on Docket July 9, 2021

**Below is the Order of the Court.**

_____
**Marc Barreca**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

IN THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In Re: | NO. 15-15924-MLB |
| RONALD E. HOWELL and | ORDER GRANTING MOTION TO QUASH WRIT OF GARNISHMENT |
| DEE L. SHISHIDO, | |
| Debtors. | |

**THIS MATTER** came before the Court on June 23, 2021, on the Motion to Quash Writ of Garnishment filed by creditor Navient Solutions, LLC and Navient Corporation (collectively "Navient"), by and through their attorneys, Samuel J. Dart and the law firm of Eisenhower Carlson PLLC, and Joseph A. Florczak, K. Elizabeth Sieg and the law firm of McGuireWoods LLP. The Debtors/Garnishee Plaintiffs Ronald Howell and Dee Shishido appeared through their attorney Thomas E. Seguine and also filed a response to the Motion. The Court having reviewed the records and files herein, considered the argument of the parties, and finding cause exists to grant the relief requested for the reasons set forth on the record, and having so found it is hereby

**ORDERED, ADJUDGED AND DECREED** that the Motion is GRANTED and the Writs of Garnishment issued March 5, 2021 and April 19, 2021, to Wells Fargo Bank are hereby quashed; It is further

ORDER ON MOTION TO QUASH WRITS - 1

20589-1/SJD/993059



909 A Street, Ste. 600
Tacoma, WA 98402
Tel 253.572.4500
Fax 253.272.5732

**ORDERED, ADJUDGED AND DECREED** that the Garnishee-Defendant Wells Fargo Bank shall release any funds in its possession held pursuant to the writs of garnishment identified in this order.

///END OF ORDER///

Presented by:

EISENHOWER CARLSON PLLC

By:/s/ Samuel J. Dart
Samuel J. Dart, WSBA No. 47871
Of Attorneys for Navient

Agreed as to form, notice of presentation waived:

LAW OFFICE OF TOM SEGUINE

By:/s/ Thomas E. Seguine
Thomas E. Seguine, WSBA No. 17507
Attorney for Debtors

ORDER ON MOTION TO QUASH WRITS - 2

20589-1/SJD/993059



EISENHOWER CARLSON PLLC
Attorneys at Law
909 A Street, Ste. 600
Tacoma, WA 98402
Tel 253.572.4500
Fax 253.272.5732