Below is the Order of the Court.

_____

**Marc Barreca**
**U.S. Bankruptcy Judge**

(Dated as of Entered on Docket date above)

---

IN THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| In Re: | NO. 15-15924-MLB |
|---|---|
| RONALD E. HOWELL and | ORDER GRANTING MOTION TO VACATE CERTAIN ORDERS OF CONTEMPT |
| DEE L. SHISHIDO, | |
| Debtors. | |

**THIS MATTER** came before the Court on June 23, 2021, on the Motion to Vacate Certain Orders of Contempt filed by creditor Navient Solutions, LLC and Navient Corporation (collectively "Navient"), by and through their attorneys, Samuel J. Dart and the law firm of Eisenhower Carlson PLLC, and Joseph A. Florczak, K. Elizabeth Sieg and the law firm of McGuireWoods LLP. The Debtors/ Plaintiffs Ronald Howell and Dee Shishido appeared through their attorney Thomas E. Seguine and also filed a response to the Motion. The Court having reviewed the records and files herein, considered the argument of the parties, finds that cause exists to grant the relief requested in part for the reasons stated in the record and as to Navient Solutions, Inc. only while reserving a determination on the issue as to certain other entities, and having so found it is hereby

//

//

ORDER ON MOTION TO VACATE - 1

20589-1/SJD/993492



909 A Street, Ste. 600
Tacoma, WA 98402
Tel 253.572.4500
Fax 253.272.5732

**ORDERED, ADJUDGED AND DECREED** that the Motion is GRANTED IN PART and that the Court's prior orders finding Navient Solutions, Inc. in contempt of court entered on July 6, 2020 (dkt. No. 52) and September 30, 2020 (dkt. No. 57), are hereby VACATED.

///END OF ORDER///

Presented by:

EISENHOWER CARLSON PLLC


By:/s/ Samuel J. Dart
Samuel J. Dart, WSBA No. 47871
Of Attorneys for Navient


Agreed as to form, notice of presentation waived:

LAW OFFICE OF TOM SEGUINE


By:/s/ Thomas E. Seguine
Thomas E. Seguine, WSBA No. 17507
Attorney for Debtors

ORDER ON MOTION TO VACATE - 2

20589-1/SJD/993492


909 A Street, Ste. 600
Tacoma, WA 98402
Tel 253.572.4500
Fax 253.272.5732